# Court of Appeals
# of the State of Georgia

ATLANTA,____May 05, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16D0350. ELSIE BRIDGES v. AMERICAN HOMES 4 RENT PROPERTIES. LLC.**

This case began as a dispossessory proceeding in magistrate court. After an adverse ruling, Elsie Bridges appealed the magistrate court's decision to the superior court. Bridges, through attorney Grady Roberts, purports to appeal the superior court's order disposing of her appeal. Bridges has not, however, provided a copy of the order she seeks to appeal.[1]

Pursuant to OCGA § 5-6-35 (c) and Court of Appeals Rule 31 (b), an application for discretionary review must include a copy of the order being appealed. In the absence of the appealable order, we are unable to assume jurisdiction. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989) ("The requirements of OCGA § 5-6-35 are jurisdictional and this court cannot accept an appeal not made in compliance therewith"). Accordingly, we are unable to consider the merits of Bridges's application for discretionary appeal, which is hereby DISMISSED.

---

[1] Bridges's application included a copy of the magistrate's dispossessory judgment and order, along with a copy of her appeal to the superior court; neither of which is an appealable order.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,*_____05/05/2016_____
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*